Ex parte STATE ex rel. ATTORNEY GENERAL (Jesse Harper v. State).
(2 Div. 857.)

(Supreme Court of Alabama. Nov. 6, 1924.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner. Jerome T. Fuller, of Centerville, opposed.

THOMAS, J. Petition of the state of Alabama, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jesse Harper v. State, 20 Ala. App. 324, 102 So. 55.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

---

(101 So. 778)

Ex parte Gus YOUNG. (7 Div. 529.)

(Supreme Court of Alabama. Nov. 6, 1924.)

Certiorari to Court of Appeals.

Walter S. Smith, of Lineville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Gus Young for certiorari to the Court of Appeals to review and revise the judgment and decision of that

court in the case of Young v. State, 20 Ala. App. 273, 101 So. 775.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(101 So. 644)

Ex parte Victor SMITH. (4 Div. 179.)

(Supreme Court of Alabama, Nov. 6, 1924.)

Certiorari to Court of Appeals.

Guy W. Winn, of Clayton, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Victor Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Smith v. State, 20 Ala. App. 272, 101 So. 643.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.